# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 07-00050HG-BMK |
| CASE NAME: | Anthony Oliveira v. Alliance Bancorp |
| ATTYS FOR PLA: | John H. Paer |
| ATTYS FOR DEFT: | Patricia J. McHenry, Francis P. Hogan, Michael R. Vieira |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 08/16/2007 | TIME: | 9:05 - 9:10 |

COURT ACTION:  EP:  Status Conference Re Bankruptcy Stay continued to 2/25/2008 @ 9 a.m. before Magistrate Judge Barry M. Kurren. All other dates/deadlines are vacated.

Submitted by Richlyn Young, Courtroom Manager