CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. MCHENRY   4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Fax:  (808) 540-5057
E-mail:  pmchenry@cades.com

Attorney for Defendant
PACIFIC RIM FINANCIAL AND
INVESTMENTS OF HAWAII, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY OLIVEIRA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIANCE BANCORP dba<br>ALLIANCE MORTGAGE and<br>PACIFIC RIM FINANCIAL AND<br>INVESTMENTS OF HAWAII, INC.,<br><br>        Defendants. | CIVIL NO. CV07-00050 (HG/BMK)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANTS ALLIANCE BANCORP dba ALLIANCE MORTGAGE AND PACIFIC RIM FINANCIAL AND INVESTMENTS OF HAWAII, INC.** |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
AS TO ALL CLAIMS AGAINST DEFENDANTS ALLIANCE
BANCORP dba ALLIANCE MORTGAGE AND PACIFIC RIM
FINANCIAL AND INVESTMENTS OF HAWAII, INC.**

IT IS HEREBY STIPULATED by and between PLAINTIFF ANTHONY

OLIVEIRA and Defendants ALLIANCE BANCORP dba ALLIANCE

MORTGAGE and PACIFIC RIM FINANCIAL AND INVESTMENTS OF

HAWAII, INC., through their respective counsel that all claims by Plaintiff

Anthony Oliveira as against Defendants ALLIANCE BANCORP dba ALLIANCE

MORTGAGE and PACIFIC RIM FINANCIAL AND INVESTMENTS OF

HAWAII, INC. in his Complaint filed on January 30, 2007 in the above-entitled

matter are hereby dismissed without prejudice.

This Stipulation has been signed by counsel for all parties who have made

appearances in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure.

Each party shall bear its own costs and attorneys' fees.

There are no remaining claims or parties in this action.

The Settlement Conference in this matter which had been converted to a

Status Conference Re Bankruptcy Stay, set for August 16, 2008, has been taken off

calendar.  No trial date has been set.

DATED:  Honolulu, Hawaii, _____ May 2, 2008 _____.


_____ /s/ John H. Paer _____
JOHN H. PAER

Attorney for Plaintiff
ANTHONY OLIVEIRA

_____/s/ Francis P. Hogan_____
FRANCIS P. HOGAN
MICHAEL R. VIEIRA
Ashford & Wriston LLP

Attorneys for Defendant
ALLIANCE BANCORP dba ALLIANCE
MORTGAGE

_____/s/ Patricia J. McHenry_____
PATRICIA J. McHENRY
Cades Schutte LLP

Attorney for Defendant
PACIFIC RIM FINANCIAL AND
INVESTMENTS OF HAWAII, INC.



___/s/ Helen Gillmor_____
Helen Gillmor
Chief United States District Judge

---

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST
DEFENDANT PACIFIC RIM FINANCIAL AND INVESTMENTS OF HAWAII, INC.; Anthony
Oliveira vs. Alliance Bancorp dba Alliance Mortgage , et al.; Civil No. CV07-00050 (HG/BMK)